LAW OFFICES OF BILL LATOUR
JESSICA E. WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ARMANDO ZUNIGA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No: 2:23-cv-02369-AGR<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND ONE HUNDRED EIGHTY-FOUR DOLLARS AND 26/100 ($4,184.26) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: October 4, 2023        /s/ Alicia G. Rosenberg
                                    HON. ALICIA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE